UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MARLENE BARRAGAN-VACA,<br><br>Defendants. | Case No. 08cr3124 JM<br><br>ORDER DENYING MOTION TO FILE DOCUMENTS IN SUPPORT OF DEFENDANT AT SENTENCING UNDER SEAL |

Defense counsel has submitted a Motion to File Documents in Support of Defendant at Sentencing under seal. The Court does not find good cause to file these documents under seal and therefore DENIES the motion WITHOUT PREJUDICE. The Clerk is directed to file Defendant's DOCUMENTS IN SUPPORT OF DEFENDANT OF SENTENCING via the normal course.

IT IS SO ORDERED.

DATED: December 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge